

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
vs. :
: CR-98-00302-001
:
DOUGLAS A. MAHADY :

## ORDER

AND NOW, this 11th day of August, 2000 upon a finding that the defendant is financially unable to obtain counsel, IT IS ORDERED that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all matters pertaining to this action.

William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

AUG 11 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk